JAMES E. McMANUS, Respondent, v COUNTY OF ONONDAGA et al., Appellants, et al., Defendant. [919 NYS2d 425]—

Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.